JOSEPH M. GOETHALS (SBN 242889)
joe@gostlaw.com
CHARLES P. STONE (SBN 224897)
charles@gostlaw.com
DAVID G. HOLLENBERG (SBN 325408)
dave@gostlaw.com
**GOETHALS & STONE, PC**
330 Primrose Road, Suite 614
Burlingame, CA 94010
Telephone: (650) 218-4319
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN AA3 DOE, JOHN AC2 DOE, JOHN AM2 DOE, JOHN AT DOE, JOHN AV DOE, JOHN DD2 DOE, JOHN EC DOE, JOHN ER DOE, JOHN JA DOE, JOHN JS DOE, JOHN JS2 DOE, JOHN JT DOE, JOHN SL DOE, JOHN SR DOE, JOHN XH DOE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO; DOE 1; DOE 2; DOE 3; DOE 4; DOE 5; DOE 6; DOE 7; DOE 8; AND DOES 9–100, INCLUSIVE,<br><br>Defendants. | Case No. 3:26-cv-11176<br><br>**~~PROPOSED~~ ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND TO SUBMIT CERTIFICATES OF MERIT FOR *IN CAMERA* REVIEW**<br><br>[Civil L.R. 79-5(c)(2)] |

Having considered Plaintiffs' Administrative Motion to File Documents Under Seal and to Submit Certificates of Merit for *In Camera* Review, the supporting Declaration of David G. Hollenberg, and the documents submitted therewith, and good cause and compelling reasons appearing, the Court finds that the documents listed in the table below contain material for which compelling reasons support sealing, that the request is narrowly tailored, and that no less restrictive

alternative would protect the interests at stake. The Court further finds that those interests do not expire upon the closure of this action.

**IT IS HEREBY ORDERED that the following documents are SEALED, in each case to the extent identified in the third column below:**

| No. | Document | Portion Sought to Be Sealed | Basis for Sealing |
|---|---|---|---|
| 1 | Sealed Declaration of David G. Hollenberg Identifying Plaintiffs ("Doe Index") | Entire document | True names and residential addresses of fifteen survivors of childhood sexual assault |
| 2 | Certificate of Merit of Attorney for Plaintiffs as to Defendant County of San Mateo [Cal. Code Civ. Proc. § 340.11(g)(1), (h)] | Entire document | Attorney work product and case evaluation; Fed. R. Civ. P. 26(b)(3)(B), 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 3 | Certificate of Merit of Attorney for Plaintiffs as to Defendant Doe 1 [Cal. Code Civ. Proc. § 340.11(g)(1), (h)] | Entire document | Attorney work product and case evaluation; Fed. R. Civ. P. 26(b)(3)(B), 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 4 | Certificate of Merit of Attorney for Plaintiffs as to Defendant Doe 2 [Cal. Code Civ. Proc. § 340.11(g)(1), (h)] | Entire document | Attorney work product and case evaluation; Fed. R. Civ. P. 26(b)(3)(B), 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 5 | Certificate of Merit of Attorney for Plaintiffs as to Defendant Doe 3 [Cal. Code Civ. Proc. § 340.11(g)(1), (h)] | Entire document | Attorney work product and case evaluation; Fed. R. Civ. P. 26(b)(3)(B), 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 6 | Certificate of Merit of Attorney for Plaintiffs as to Defendant Doe 4 [Cal. Code Civ. Proc. § 340.11(g)(1), (h)] | Entire document | Attorney work product and case evaluation; Fed. R. Civ. P. 26(b)(3)(B), 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 7 | Certificate of Merit of Attorney for Plaintiffs as to Defendant Doe 5 [Cal. Code Civ. Proc. § 340.11(g)(1), (h)] | Entire document | Attorney work product and case evaluation; Fed. R. Civ. P. 26(b)(3)(B), 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 8 | Certificate of Merit of Attorney for Plaintiffs as to Defendant Doe 6 [Cal. Code Civ. Proc. § 340.11(g)(1), (h)] | Entire document | Attorney work product and case evaluation; Fed. R. Civ. P. 26(b)(3)(B), 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 9 | Certificate of Merit of Attorney for Plaintiffs as to Defendant Doe 7 [Cal. Code Civ. Proc. § 340.11(g)(1), (h)] | Entire document | Attorney work product and case evaluation; Fed. R. Civ. P. 26(b)(3)(B), 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 10 | Certificate of Merit of Attorney for Plaintiffs as to Defendant Doe 8 [Cal. Code Civ. Proc. § 340.11(g)(1), (h)] | Entire document | Attorney work product and case evaluation; Fed. R. Civ. P. 26(b)(3)(B), 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 11 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John AA3 Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |

| | | | |
|---|---|---|---|
| 12 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John AC2 Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 13 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John AM2 Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 14 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John AT Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 15 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John AV Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 16 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John DD2 Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 17 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John EC Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 18 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John ER Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |

| | | | |
|---|---|---|---|
| 19 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John JA Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 20 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John JS Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 21 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John JS2 Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 22 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John JT Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 23 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John SL Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 24 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John SR Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |
| 25 | Certificate of Merit of Licensed Mental Health Practitioner as to Plaintiff John XH Doe [Cal. Code Civ. Proc. § 340.11(g)(2)] — public redacted version filed | Only the name and title of the licensed mental health practitioner, and Exhibit A in its entirety | Survivor privacy; non-testifying consulting expert material, Fed. R. Civ. P. 26(b)(4)(D); statutory *in camera* review, § 340.11(i) |

**IT IS FURTHER ORDERED that:**

1. As to rows 11 through 25, the redacted versions of those documents filed on the public docket shall remain on the public docket. Only the material identified in the third column of those rows is sealed.

2. The certificates of merit identified in rows 2 through 25 above — as to rows 11 through 25, the executed practitioner certificates attached as Exhibit A — are submitted for the Court's *in camera* review only and shall not be served on any Defendant. *See* Cal. Code Civ. Proc. § 340.11(i), (o).

3. The documents identified above shall remain under seal until further order of the Court. The compelling interests supporting this Order do not expire upon the closure of this action, and the presumption described in Civil L.R. 79-5(g) shall not apply to them.

4. Having reviewed the certificates of merit *in camera*, and based solely on those certificates of merit, the Court finds that there is reasonable and meritorious cause for the filing of this action against each Defendant identified in rows 2 through 10 above. The duty to serve each such Defendant with process shall attach as of the date of this Order. *See* Cal. Code Civ. Proc. § 340.11(i).

**IT IS SO ORDERED.**

Dated: October 2, 2026

Thomas S. Hixson
United States Magistrate Judge